# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA GARCIA, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>EMPLOYMENT SOLUTIONS MANAGEMENT, INC.; KIM OSBOURNE, an individual, and DOES 1-25, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-03240-JAK (JPRx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**JS-6** |

    Pursuant to the Stipulation of named Plaintiff MAYRA GARCIA ("Plaintiff Garcia") and Defendant EMPLOYMENT SOLUTIONS MANAGEMENT, INC. ("Defendant") (Plaintiff Garcia and Defendant shall be referred to collectively as the "Parties"), it is hereby Ordered that the Stipulation is **APPROVED**. This action is dismissed with prejudice as to named Plaintiff Garcia. Each Party shall bear his/its own attorneys' fees, costs, and expenses.

    IT IS SO ORDERED.

Dated: April 3, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE